**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JHOANN SEBASTIAN SANTAMARIA LINARES,

       *Petitioner*,

v.                                     Case No. 3:26-cv-1270-WWB-LLL

WARDEN, NORTH FLORIDA DETENTION
CENTER, et al.,

       *Respondents.*

## ORDER

Petitioner initiated this case by filing a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging, among other things, the United States Department of Homeland Security, Immigration and Customs Enforcement's ("**ICE**") mandatory detention of him without bond. (Doc. 1). As relief, Petitioner requests, *inter alia*, that the Court order his immediate release. (*Id.* at 7).

Federal Respondents filed a Response advising that on May 19, 2026, an immigration judge conducted a bond hearing for Petitioner, and he posted bond and was released from ICE custody on May 21, 2026. (Doc. 7). Respondents have likewise filed a copy of the immigration judge's order granting Petitioner release on bond. (Doc. 7-1).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) and this case are **DISMISSED without prejudice** as moot.

2. The Clerk shall enter judgment accordingly, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on May 27, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:     Jhoann Sebastian Santamaria Linares, A241035433
      Counsel of record